UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ25-196 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| STEVEN GOLDSTINE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offenses charged:

1. Unlawful Possession of a Destructive Device

2. Unlawful Possession of Ammunition

3. Unlawful Possession of a Firearm

Date of Detention Hearing:   April 15, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER
PAGE -1

the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Defendant has a significant criminal record that spans more than 30 years, including convictions for arson, burglary, assault and escape.  In the instant case, Defendant's alleged use of a destructive device with a time delay poses an extreme danger to the community, in addition to the allegation that he brandished a firearm while driving near a crowd.  The weight of the evidence, the least factor the Court considers, also supports detention.  In addition, the alleged offenses occurred while the Defendant was under Court supervision.

2.      Defendant poses a risk of nonappearance based on his previous escape conviction and a prior failure to appear.  Defendant poses a significant risk of danger to the community based on his pattern of violent conduct and the nature of the charges.

3.      There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 15th day of April, 2025.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3