Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 7th 20 25
Ravi Subramanian, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR25-082 JHC** |
| Plaintiff, | **INDICTMENT** |
| v. | |
| STEVEN WILLIAM GOLDSTINE, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

**(Unlawful Possession of a Destructive Device)**

On or about December 31, 2024, in Snohomish County, within the Western District of Washington, STEVEN WILLIAM GOLDSTINE knowingly possessed a destructive device, that is, an explosive bomb, commonly known as a pipe bomb, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(8) and (f).

Indictment - 1
*United States v. Goldstine*
USAO No. 2025R00436

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Unlawful Possession of Ammunition)

On or about March 17, 2025, in Snohomish County, within the Western District of Washington, STEVEN WILLIAM GOLDSTINE, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i. *Possession of Stolen Property in the Second Degree*, in Snohomish County Superior Court, Washington, under case number 98-1-01158-5, on or about December 8, 1998;

    ii. *Arson in the First Degree*, in Snohomish County Superior Court, Washington under case number 89-1-01497-6, on or about February 16, 1990;

    iii. *Arson in the Second Degree*, in King County Superior Court, Washington, under case number 89-1-03140-6, on or about October 31, 1989; and

    iv. *Burglary in the Second Degree,* in King County Superior Court, Washington, under case number 89-1-03140-6, on or about October 31, 1989;

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is: rounds of Hornady 9x19mm and Winchester 9x19mm ammunition, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### (Unlawful Possession of a Firearm)

Between on or about September 4, 2020, and on or about September 17, 2020, in Snohomish County, within the Western District of Washington, STEVEN WILLIAM GOLDSTINE, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

Indictment - 2
*United States v. Goldstine*
USAO No. 2025R00436

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

       i.    *Possession of Stolen Property in the Second Degree*, in Snohomish County Superior Court, Washington, under case number 98-1-01158-5, on or about December 8, 1998;

       ii.    *Arson in the First Degree*, in Snohomish County Superior Court, Washington, under case number 89-1-01497-6, on or about February 16, 1990;

       iii.    *Arson in the Second Degree*, in King County Superior Court, Washington, under case number 89-1-03140-6, on or about October 31, 1989; and

       iv.    *Burglary in the Second Degree,* in King County Superior Court, Washington, under case number 89-1-03140-6, on or about October 31, 1989;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Hi-Point Model C 9x19mm pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 though 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, STEVEN WILLIAM GOLDSTINE shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872(a), by way of Title 28, United States Code, Section 2461(c), any destructive device involved in the offense.

Upon conviction of either of the offenses alleged in Counts 2 and 3, STEVEN WILLIAM GOLDSTINE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(c), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense, including but not limited to

Indictment - 3
*United States v. Goldstine*
USAO No. 2025R00436

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

  a. Approximately 700 rounds of Winchester 9x19mm ammunition, seized on or about March 17, 2025, from Defendant's residence in Snohomish County, Washington; and

  b. Approximately three rounds of Hornady 9x19mm ammunition, seized on or about March 17, 2025, from Defendant's residence in Snohomish County, Washington.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with a third party;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or,
  e. has been commingled with other property which cannot be divided without difficulty;

///
///

Indictment - 4
United States v. Goldstine
USAO No. 2025R00436

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 5/7/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
TODD L. GREENBERG
Assistant United States Attorney

_____
JESSICA M. MANCA
Assistant United States Attorney

Indictment - 5
United States v. Goldstine
USAO No. 2025R00436

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970