1

THE HONORABLE JOHN H. CHUN

2

3

4
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
5
AT SEATTLE

6

7
UNITED STATES OF AMERICA,                )   No. CR25-082-JHC
                                         )
8
            Plaintiff,                   )
                                         )   ORDER TO CONTINUE TRIAL AND
9
      v.                                 )   EXTEND PRETRIAL MOTIONS
                                         )   DEADLINE
10
STEVEN WILLIAM GOLDSTINE,                )
                                         )
11
            Defendant.                   )
                                         )
_____  )

12
      THE COURT has considered Mr. Goldstine's motion to continue the trial date

13
and extend the pretrial motions deadline and finds that:

14
      (a) taking into account the exercise of due diligence, a failure to grant a

15
continuance in this case would deny counsel the reasonable time necessary for effective

16
preparation due to counsel's need for more time to review the evidence, consider

17
possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C.

18
§ 3161(h)(7)(B)(iv);

19
      (b) a failure to grant such a continuance would likely result in a miscarriage of

20
justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

21
      (c) the additional time requested is a reasonable period of delay as the defendant

22
has requested more time to prepare for trial, to investigate the matter, to gather evidence

23
material to the defense, and to consider possible defenses;

24
      (d) the ends of justice will best be served by a continuance, and the ends of

25
justice outweigh the best interests of the public and the defendant in any speedier trial,

26
as set forth in 18 U.S.C. § 3161(h)(7)(A);

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Goldstine*, CR25-082-JHC) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**

1    (e) the time requested between the current trial date and the new trial date is

2 needed to provide counsel the reasonable time necessary to prepare for trial considering

3 counsel's schedule and all the facts set forth above; and

4    (f) the period of delay from the date of this order to the new trial date is

5 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

6    IT IS ORDERED that the trial date shall be continued to January 20, 2026, and

7 that pretrial motions shall be filed no later than December 1, 2025.

8    DONE this 9th day of June, 2025.

9

10

11    The Honorable John H. Chun
       United States District Judge
12

13

14

Presented by:
15
s/ *Gregory Murphy*
16 Assistant Federal Public Defender
   Attorney for Steven Goldstine
17

18

19

20

21

22

23

24

25

26

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Goldstine*, CR25-082-JHC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**