UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR25-082-JHC |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBITS |
| STEVEN GOLDSTINE, | |
| Defendant. | |

THE COURT has considered Mr. Goldstine's motion to seal Exhibits 2, 3, 4, 5, 6, 9, and 11 in support of his sentencing memorandum, Dkt. # 36. Counsel has informed the Court that the Government does not oppose the motion. The Court finds there are compelling reasons to file the exhibits under seal.

IT IS ORDERED that Exhibits 2, 3, 4, 5, 6, 9, and 11 be filed under seal.

DONE this 11th day of December 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL EXHIBITS
(*United States v. Goldstine*, CR25-082-JHC) - 1